

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-16-2010

# Wayne Coombs v. David DiGuglielmo

Precedential or Non-Precedential: Precedential

Docket No. 08-1945

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Wayne Coombs v. David DiGuglielmo" (2010). *2010 Decisions.* Paper 9.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/9

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 08-1945
_____

WAYNE COOMBS,

                                        Appellant

v.

DAVID DIGUGLIELMO; THE DISTRICT ATTORNEY OF
THE COUNTY OF PHILADELPHIA;
THE ATTORNEY GENERAL
OF THE STATE OF PENNSYLVANIA


_____


On Appeal from the Judgment of the
United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-04-cv-01841)
District Judge: Honorable Cynthia M. Rufe

Submitted Pursuant to Third Circuit LAR 31.1
October 2, 2009

Before: McKEE, Chief Judge, CHAGARES, and NYGAARD, Circuit Judges


ORDER AMENDING OPINION AND JUDGMENT


    As it appears that the opinion and judgment entered in the above matter on July

30, 2010, contained typographical errors, it is hereby

    ORDERED that the opinion and judgment are amended to reflect the correct case

number of the underlying action, and the judgment is further amended to reflect the

correct date of the judgment of the Eastern District of Pennsylvania. An amended

mandate will issue forthwith.


For the Court,

Marcia M. Waldron, Clerk


Date:  December 16, 2010